IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Mark Hughes,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV 06-02085 PHX-NVW (VAM)<br><br>**ORDER** |

    Before the court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. # 1), United States Magistrate Judge Virginia A. Mathis' Report and Recommendation (doc. # 11), and Petitioner's objections to the magistrate's Report and Recommendation (doc. # 12).

    The court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the magistrate judge's determinations, accepts her recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1     IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate
2 Judge Mathis (doc. # 11) is accepted.

3     IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus
4 pursuant to U.S.C. § 2254 (doc. # 1) is denied and dismissed with prejudice.

5     IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
6 accordingly and terminate this action.

7     DATED this 17th day of January 2007.

*/s/ Neil V. Wake*
Neil V. Wake
United States District Judge